IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN R. SCHRUBB, SR.,

      Plaintiff,                       No. CIV S-08-1208 KJM P

    vs.

JAMES TILTON, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of the 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1

1         In this case, none of the defendants reside in this district.  The claim arose in Del
2 Norte County, which is in the Northern District of California.  Therefore, plaintiff's claim should
3 have been filed in the United States District Court for the Northern District of California.  In the
4 interest of justice, a federal court may transfer a complaint filed in the wrong district to the
5 correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.
6 1974).

7         Accordingly, IT IS HEREBY ORDERED that:

8         1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;
9 and

10         2.  This matter is transferred to the United States District Court for the Northern
11 District of California.

12 DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

15 /mp
schr1208.21

2